■ In the Matter of GEORGIA ABRUSCATO, Appellant, v BOARD OF EDUCATION OF THE EAST IRONDEQUOIT CENTRAL SCHOOL DISTRICT, Respondent. — Judgment unanimously affirmed, without costs, for the reasons stated at Special Term, Siracuse, J., Cardamone, J., not participating. (Appeal from judgment of Monroe Supreme Court, Siracuse, J. — art 78.) Present — Dillon, P.J., Cardamone, Callahan, Moule and Schnepp, JJ.

■ ERIC J. KOLENKO, Respondent, v CHEMICAL LEAMAN TANK LINES, INC., et al., Appellants, and BUFFALO HARLEY DAVIDSON et al., Respondents. — Order unanimously affirmed, with costs, for the reasons stated at Special Term, Gossel, J., Cardamone, J., not participating. (Appeal from order of Erie Supreme Court, Gossel, J. — summary judgment — dismiss complaint.) Present — Dillon, P.J., Cardamone, Callahan, Moule and Schnepp, JJ.

■ ERIC J. KOLENKO, Respondent, v CHEMICAL LEAMAN TANK LINES, INC., et al., Defendants, BUFFALO HARLEY DAVIDSON, Appellant, and DEPEW PAVING Co., Respondent. (Appeal No. 1.) — Order unanimously affirmed, with costs, for the reasons stated at Special Term, Broughton, J., Cardamone, J., not participating. (Appeal from order of Erie Supreme Court, Broughton, J. — summary judgment.) Present — Dillon, P.J., Cardamone, Callahan, Moule and Schnepp, JJ.